| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   Mason H Spratlan, III | |
| Debtor 2   Paige Marsalis Spratlan (Spouse, if filing) | |
| United States Bankruptcy Court for the:  SOUTHERN | District of  MISSISSIPPI (State) |
| Case number  24-02954-JAW | |

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   FREEDOM MORTGAGE CORPORATION    **Court claim no. (if known)**   18

**Last four digits** of any number you use to identify the debtors' account:   XXXXXX6862

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/20/2025, | (5) | $ 200.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review | 1/6/2025 | (11) | $ $100.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

| | | | |
|---|---|---|---|
| Debtor 1 | Mason H Spratlan, III | Case number (*if known*) | 24-02954-JAW |
| | First Name  Middle Name  Last Name | | |

## Part 2:  Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | | |
|---|---|---|---|---|
| X | /s/Michael McCormick | | Date | 04/16/2025 |
| | Signature | | | |
| Print: | Michael | McCormick | Title | Authorized Agent |
| | First Name  Middle Name | Last Name | | |
| Company | McCalla Raymer Leibert Pierce, LLP | | | |
| Address | 1544 Old Alabama Road | | | |
| | Number  Street | | | |
| | Roswell | GA | 30076 | |
| | City | State | ZIP Code | |
| Contact phone | 678-281-3918 | Email | Michael.McCormick@mccalla.com | |

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| **In re:**　　　　　　　　　　　　　） | |
| ） | **Case No.** 24-02954-JAW |
| Mason H Spratlan, III　　　　　　　） | **Chapter** 13 |
| Paige Marsalis Spratlan　　　　　　） | |
| ） | **JUDGE:** Jamie A. Wilson |

## **EXHIBIT B**

### ITEMIZATION OF CLAIM

| | | | |
|---|---|---|---|
| Other | | | $100.00 |
| | 01/06/2025 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $100.00 |
| Bankruptcy/Proof of Claim Fees | | | $200.00 |
| | 02/20/2025 | Preparation and Filing of Proof of Claim | $200.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:　　　　　　　　**$300.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

| | |
|---|---|
| In Re:<br>  Mason H Spratlan, III<br>  Paige Marsalis Spratlan | Bankruptcy Case No.: 24-02954-JAW<br>Chapter:            13<br>Judge:              Jamie A. Wilson |

## CERTIFICATE OF SERVICE

I, Michael McCormick, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Mason H Spratlan, III
113 Highbury Cv
Canton, MS 39046

Paige Marsalis Spratlan
113 Highbury Cv
Canton, MS 39046

Thomas Carl Rollins, Jr                    (*Served via ECF Notification*)
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin, Trustee               (*Served via ECF Notification*)
200 North Congress Street
Suite 400
Jackson, MS 39201

United States Trustee                      (*Served via ECF Notification*)
501 East Court Street
Suite 6-430
Jackson, MS 39201

    I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   04/17/2025   By:   */s/Michael McCormick*
                    (date)                       Michael McCormick
                                                     Authorized Agent for Creditor