**Fill in this information to identify the case:**

| | |
|---|---|
| **Debtor 1** | Mason H Spratlan, III |
| **Debtor 2** (Spouse, if filing) | Paige Marsalis Spratlan |
| United States Bankruptcy Court for the : <u>Southern</u> | District of <u>Mississippi</u> (State) |
| **Case number** | 24-02954-JAW |

## Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** <u>Freedom Mortgage Corporation</u>

**Court claim no**. (if known): <u>18</u>

**Last four digits** of any number you use to identify the debtors' account: <u>XXXXXX6862</u>

**Date of payment change:**
Must be at least 21 days after date of this notice <u>5/1/2026</u>

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3* <u>$1,200.35</u>

---

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____
   _____

   **Current escrow payment:**     $ 411.20 _____          **New escrow payment :**     $ 374.34 _____

### Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %          **New interest rate:** _____ %

   **Current principal and interest payment:** $ _____          **New principal and interest payment:** $ _____

### Part 3: Annual HELOC Notice

3. **Will there be a change in the debtors' home-equity line -of-credit (HELOC) payment for the year going forward??**

   ☒ No
   ☐ Yes.

   **Current HELOC payment:**     $ _____

   **Reconciliation amount:**     + $ _____
                                  - $ _____

---

Debtor 1     **Mason H Spratlan, III**        Case number *(if known)*    24-02954-JAW
      First Name    Middle Name    Last Name

---

Amount of next payment (including reconciliation amount)      $ _____

Amount of the new payment thereafter (without reconciliation amount      $ _____

## Part 4:   Other Payment Change

4. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

☒ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:    $ _____      New mortgage payment:    $ _____

## Part 5:   Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   */s/Reka  Beane* _____      Date    03/26/2026 _____
    Signature

Print:    Reka _____ Beane _____     Title    Authorized Agent for Creditor
      First Name     Middle Name     Last Name

Company    McCalla Raymer Leibert Pierce, LLP

Address    1544 Old Alabama Road
      Number     Street

      Roswell       GA       30076
      City       State       ZIP Code

Contact phone    954-332-9370      Email    Reka.Beane@mccalla.com

In Re:

    Mason H Spratlan, III
Paige Marsalis Spratlan

Bankruptcy Case No.: 24-02954-JAW
Chapter: 13
Judge: Jamie A. Wilson

## CERTIFICATE OF SERVICE

I, Reka Beane, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Mason H Spratlan, III
113 Highbury Cv
Canton, MS 39046

Paige Marsalis Spratlan
113 Highbury Cv
Canton, MS 39046

Thomas Carl Rollins, Jr                   *(Served via ECF at trollins@therollinsfirm.com)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Torri Parker Martin, Trustee              (*Served via ECF at tpm@tpmartinch13.com*)
Torri Parker Martin, Chapter 13 Bankruptcy Trustee
200 North Congress Street, Ste. 400
Jackson, MS 39201

United States Trustee                      (*Served via ECF at USTPRegion05.JA.ECF@usdoj.gov*)
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    03/30/2026    By:   */s/Reka Beane*
              (date)              Reka Beane
                       Authorized Agent for Creditor



ELECTRONIC ONLY STATEMENT

P.O. BOX 50485
INDIANAPOLIS, IN 46250-0485

### Escrow Account Disclosure Statement

| Account Information | |
|---|---|
| Loan Number: | ▉▉▉▉▉ |
| Property Address: | 113 HIGHBURY CV |
| | CANTON MS 39046 |
| Statement Date: | **03/09/2026** |
| Current Payment Amount: | **$1,337.29** |
| **New Payment Amount:** | **$1,200.35** |
| **New Payment Effective Date:** | **05/01/2026** |

MASON H SPRATLAN III
PAIGE M SPRATLAN
113 HIGHBURY CV
CANTON MS 39046-3374

You are receiving this statement because you have an escrow account with us. We have safeguards in place to ensure there is enough money in your account to cover your homeowner's insurance, real estate taxes and mortgage insurance, if applicable. However, changes in your taxes and insurance could result in a shortage or surplus in your escrow account.

Based on our most recent escrow analysis. you have a surplus of $681.68.  A surplus check in the amount of $681.68 to be printed and mailed in a separate document.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current. Once your account is current, it is your responsibility to contact Freedom Customer Care at (855) 690-5900 to request the release of any surplus when the status of your account changes.

| | |
|---|---|
| Projected Minimum Balance | $1,336.60 |
| - Required Minimum Balance | $654.92 |
| Surplus | $681.68 |

The required minimum balance (also known as the escrow cushion) is the amount that you are required to pay into your escrow account to cover unanticipated disbursements for escrow items or for disbursements that have to be made before the monthly escrow payments are available in your escrow account.

Part 1 provides your current and the new escrow payment amounts. Part 2 shows what has already happened in your account while Part 3 shows what we anticipate happening in your account over the next 12 months.  As tax and insurance amounts may be subject to change each year, the amounts in Part 3 are only estimates.

### PART 1 — Your Mortgage Payment

Payment information beginning with your 05/01/2026 payment

| Payment Information | Current Monthly Payment | New Monthly Payment |
|---|---|---|
| Principal & Interest: | $826.01 | $826.01 |
| Escrow Payment: | $511.28 | $374.34 |
| **Total Payment:** | **$1,337.29** | **$1,200.35** |

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

### PART 2 — Your Escrow Account History



The chart below compares what we projected to occur with actual activity in your escrow account since the last analysis.

**Previous Year's Projections (Estimated)**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **$2,347.55** |
| May 2025 | $411.20 | $0.00 | | $2,758.75 |
| Jun 2025 | $411.20 | $0.00 | | $3,169.95 |
| Jul 2025 | $411.20 | $2,866.05 | HOMEOWNERS | $715.10 |
| Aug 2025 | $411.20 | $0.00 | | $1,126.30 |
| Sep 2025 | $411.20 | $643.84 | RURAL HOUSING ANNUAL FEE | $893.66 |
| Oct 2025 | $411.20 | $0.00 | | $1,304.86 |
| Nov 2025 | $411.20 | $0.00 | | $1,716.06 |
| Dec 2025 | $411.20 | $0.00 | | $2,127.26 |
| Jan 2026 | $411.20 | $0.00 | | $2,538.46 |

**Actual Activity**

| Date | Paid In | Paid Out | Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | **($7,540.28)** |
| May 2025 | $0.00 | $0.00 | | ($7,540.28) |
| Jun 2025 | $485.51 | $0.00 | | ($7,054.77) |
| Jul 2025 | $971.02 | $0.00 | | ($6,083.75) |
| Aug 2025 | $485.51 | $2,504.98 * | | ($8,103.22) |
| Sep 2025 | $0.00 | $576.72 * | RURAL HOUSING ANNUAL FEE | ($8,679.94) |
| Oct 2025 | $1,482.30 | $0.00 | | ($7,197.64) |
| Nov 2025 | $488.01 | $0.00 | | ($6,709.63) |
| Dec 2025 | $0.00 | $0.00 | | ($6,709.63) |
| Jan 2026 | $511.28 | $1,424.51 * | | ($7,622.86) |

INTERNET REPRINT

| | | | | |
|---|---|---|---|---|
| Feb 2026 | $411.20 | $1,424.51 COUNTY TAX | | $1,525.15 |
| Mar 2026 | $411.20 | $0.00 | | $1,936.35 |
| Apr 2026 | $411.20 | $0.00 | | $2,347.55 |
| **Total** | **$4,934.40** | **$4,934.40** | | |

| | | | | |
|---|---|---|---|---|
| Feb 2026 | $1,022.56 | $0.00 | | ($6,600.30) |
| Mar 2026 | $411.20 E | $0.00 E | | ($6,189.10) |
| Apr 2026 | $411.20 E | $0.00 E | | ($5,777.90) |
| **Total** | **$6,268.59** | **$4,506.21** | | |

An asterisk (*) indicates a difference in that month between the actual activity and the estimated activity.

When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

A double asterisk (**) indicates a difference in that month between the actual activity and the estimated activity due to interest payable on escrow which is not estimated.



## PART 3 — Expected Escrow Payments over the next 12 Months

| | |
|---|---|
| HOMEOWNERS | $2,504.98 |
| RURAL HOUSING ANNUAL FEE | $562.62 |
| COUNTY TAX | $1,424.51 |
| **Total Disbursements** | **$4,492.11** |

Freedom expects to pay $4,492.11 over the next 12 months.

Here's how to calculate your new monthly escrow payment:

| | |
|---|---|
| Total Disbursements: | $4,492.11 |
| ÷ 12 Months: | 12 |
| **New Monthly Escrow Payment** | **$374.34** |

### Summary of Your Projected Escrow Account for the Coming Year

| Date | Payment to Escrow | What We Expect to Pay Out | Description | Your Actual Balance | Balance Needed In Your Account |
|---|---|---|---|---|---|
| | | | Beginning Balance | $2,718.56 | $2,036.88 |
| May 2026 | $374.34 | $0.00 | | $3,092.90 | $2,411.22 |
| Jun 2026 | $374.34 | $0.00 | | $3,467.24 | $2,785.56 |
| Jul 2026 | $374.34 | $2,504.98 | HOMEOWNERS | $1,336.60 | $654.92 * |
| Aug 2026 | $374.34 | $0.00 | | $1,710.94 | $1,029.26 |
| Sep 2026 | $374.34 | $562.62 | RURAL HOUSING ANNUAL FEE | $1,522.66 | $840.98 |
| Oct 2026 | $374.34 | $0.00 | | $1,897.00 | $1,215.32 |
| Nov 2026 | $374.34 | $0.00 | | $2,271.34 | $1,589.66 |
| Dec 2026 | $374.34 | $0.00 | | $2,645.68 | $1,964.00 |
| Jan 2027 | $374.34 | $0.00 | | $3,020.02 | $2,338.34 |
| Feb 2027 | $374.34 | $1,424.51 | COUNTY TAX | $1,969.85 | $1,288.17 |
| Mar 2027 | $374.34 | $0.00 | | $2,344.19 | $1,662.51 |
| Apr 2027 | $374.34 | $0.00 | | $2,718.53 | $2,036.85 |
| | $4,492.08 | $4,492.11 | | | |

The required minimum balance, as indicated by the asterisk (*) in the summary above, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your minimum balance may include up to two months of escrow payments (excluding PMI/MIP) to cover increases to your taxes and homeowners insurance.

## PART 4 — What This Means to You

Your escrow balance is more than the amount needed in your account. The resulting surplus is $681.68.  Federal Law requires that any surplus of $50.00 or greater must be returned to you within 30 days from the date of analysis.

Due to the delinquent status of your account, your surplus will be retained in reserve until the account becomes current.

Did you know by having recurring payments set up through FreedomMortgage.com, we'll adjust for any changes in your monthly payment automatically? However, if you have automatic bill pay through your bank, you'll need to contact them directly to adjust your payment. To sign up for recurring payments, login to your Freedom Mortgage account or register today at MyAccount.FreedomMortgage.com.

## PART 5 — How You Can Reach Us with Questions

Should you have any questions regarding the information provided in this statement please do not hesitate to contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday 8:00AM – 8:00PM and Saturday 9:00AM – 2:00PM Eastern Time.

**IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

LOAN NUMBER: ▮▮▮▮▮▮

Freedom Mortgage Corporation
NMLS # 2767