**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **In RE:** | **Chapter:** 13 |
| MASON H SPRATLAN, III | **Claim Number:** 22 |
| PAIGE MARSALIS SPRATLAN | **Case Number:** 24-02954 |
| **Debtor(s)** | |

### NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor, **Capital One Auto Finance, a division of Capital One, N.A.**, hereby requests a change to the address listed in the above-mentioned case.

Check which type of address change is being requested:

☐ Notice only   ☑ Payment only   ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

P.O. Box 4360

Houston, TX 77210

TO:

Capital One Auto Finance, a division of Capital One, N.A. c/o AIS Portfolio Services, LLC

PO Box 661381

Dallas, TX 75266-1381

Date: 08/11/2026

/s/ Amit Rohit

Creditor's Authorized Agent for Capital One Auto Finance, a division of Capital One, N.A.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**In RE:**

                                                     **Chapter:**   13

MASON H SPRATLAN, III
PAIGE MARSALIS SPRATLAN

                                                     **Case Number:** 24-02954

**Debtor(s)**

**Certificate of Service**

I certify that on 08/11/2026, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first-class mail with postage prepaid on the following:


Via CM / ECF / NEF


Attorney for Debtor
THOMAS CARL ROLLINS JR
TROLLINS@THEROLLINSFIRM.COM

Trustee
TORRI PARKER MARTIN
TPM@TPMARTINCH13.COM


                                                    /s/ Amit Rohit

                                                    Amit Rohit
                                                    AIS Portfolio Services, LLC
                                                    4515 N Santa Fe Ave. Dept. APS
                                                    Oklahoma City, OK 73118
                                                    888-455-6662
                                                    ECFNotices@aisinfo.com